# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Chenega Security & Support Solutions, LLC ) ASBCA No. 58896
)
Under Contract No. NNK11OLL33C )

APPEARANCES FOR THE APPELLANT: Richard J. Webber, Esq.
Christopher A. Bowen, Esq.
Patrick R. Quigley, Esq.
  Arent Fox LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Scott Barber, Esq.
  NASA Chief Trial Attorney
Charles Alexander Vinson, Esq.
  Assistant Chief Counsel
  Kennedy Space Center, FL

## ORDER OF DISMISSAL

The parties having advised the Board that they have settled this appeal, and having furnished the Board with a copy of their settlement agreement, this appeal is hereby dismissed with prejudice, subject to reinstatement only in the event that the agreed settlement is not consummated. Any request to reinstate the appeal must be filed within 180 days of the date of this Order

Dated: 6 October 2014

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58896, Appeal of Chenega Security & Support Solutions, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals